## AFFIDAVIT OF SPECIAL AGENT JOSEPH LOSAVIO, JR. IN SUPPORT OF APPLICATIONS FOR A CRIMINAL COMPLAINT AND A SEARCH WARRANT

I, Joseph Losavio, Jr., having been duly sworn, do hereby depose and state as follows:

### Agent Background

1. I am a Special Agent with the Department of Health and Human Services, Office of Inspector General, Office of Investigations ("HHS-OIG") and have been so employed since February 2011. I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Brunswick, Georgia. In 2002 I graduated from the Bridgewater State College with a B.S. degree in Criminal Justice. My current duties as an HHS-OIG Special Agent include conducting investigations involving allegations of fraud involving health care benefit programs such as Medicare and Medicaid. Due to my training, experience, and conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of persons who fraudulently obtain or assume false identities.

2. I am also a member of the Document and Benefit Fraud Task Force ("DBFTF") of Homeland Security Investigations ("HSI"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring and disrupting organizations and individuals involved in various types of document, identity and benefit fraud schemes. DBFTF is currently investigating suspected aliens who are believed to have obtained stolen identities of United States citizen living in Puerto Rico and used those identities to obtain public benefits, which they would not otherwise be eligible to receive, including Massachusetts Registry of Motor Vehicles ("RMV") identity documents, Social Security numbers ("SSNs"), MassHealth benefits, public housing benefits, and unemployment benefits. Agents have conducted an analysis of individuals who have received certain public benefits in Puerto Rico and Massachusetts on or about the same date(s) in an effort to identify

individuals in Massachusetts who have been unlawfully and fraudulently using the identities of U.S. citizens.

### Purpose of Affidavit

3.  I submit this affidavit in support of an application for a criminal complaint charging Juan Jose HEUREAUX CARMONA with (1) False Representation of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B), and (2) Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.

4.  I also submit this affidavit in support of an application for a search warrant for the following property: 105 Brunswick Street, Apartment 2, Dorchester, Massachusetts, as described in Attachment A. I have probable cause to believe that this property contains evidence, fruits, and instrumentalities of the crimes identified above, as described in Attachment B.

5.  This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation, but includes only the information necessary to establish probable cause for the requested complaint and search warrant.

### Probable Cause

#### The RMV Application

6.  On December 1, 2015, an individual, later identified as Juan Jose HEUREAUX CARMONA, appeared in person at a Massachusetts RMV office in Boston and submitted an application for a Massachusetts Identification Card. On the application, HEUREAUX CARMONA identified himself with the name W.A., date of birth xx/xx/1988, and SSN xxx-xx-

9620.[1] HEUREAUX CARMONA signed the application under penalty of perjury. The RMV took a photograph of HEUREAUX CARMONA on December 1, 2015, as part of the application process. That photograph was stored in the RMV's database. As a result of this application, Massachusetts Identification Card number xxxxx1236 was issued by the RMV to HEUREAUX CARMONA in the name W.A.

7. The RMV file containing the December 1, 2015, application also contains the following identification documents: (a) a Social Security card bearing the name W.A.D. and SSN xxx-xx-9620, and (b) a Certification of Birth from Puerto Rico bearing the name W.A.D. and a date of birth of xx/xx/1988. Additionally, on the December 1, 2015 application, HEUREAUX CARMONA represented that he was a United States citizen.

### Other Use of the W.A. Identity

8. The Medicaid Program is a joint federal-state program that provides health coverage to certain categories of people, including eligible low-income adults, children, pregnant women, the elderly, and people with disabilities. Medicaid is administered by the states, according to federal requirements, and is funded jointly by the states and the federal government. MassHealth is the Medicaid Program in Massachusetts.

9. According to MassHealth records, between January 2016 and May 2019, at least one application for MassHealth benefits was submitted to MassHealth in the name of W.A. The application, submitted on or about January 8, 2016, lists SSN xxx-xx-9620 and a date of birth of xx/xx/1988. The application contained a copy of a Massachusetts Identification Card in the W.A. identity bearing the number xxxxx1236.

---

[1] The identity of the victim, W.A.D., is known to the Government. These initials represent the victim's first name, paternal last name, and maternal last name. In order to protect the victim's privacy, only the initials "W.A." and "W.A.D." are used in this affidavit to reflect the variations of the victim's full name that were used by HEUREAUX CARMONA.

3

**Confirmation of a Valid SSN**

10.     The Social Security Administration ("SSA"), Office of Inspector General has confirmed that SSN xxx-xx-9620 is a valid SSN that was assigned to W.A.

**Identification of the Imposter**

11.     HSI obtained information concerning Cedula Number xxx-xxxx442-5, which bears the name Juan Jose HEUREAUX CARMONA. The Cedula identifies HEUREAUX CARMONA as a citizen of the Dominican Republic with a date of birth of xx/xx/1991. A photograph and fingerprints are associated with the Cedula in the name of HEUREAUX CARMONA.

12.     On August 29, 2017, the Boston Police Department arrested an individual purporting to be W.A. on charges that included Distribution of a Class A Substance.[2] The booking photo and copies of the fingerprints associated with this arrest were obtained.

13.     The fingerprint impressions from Cedula No. xxx-xxxx442-5 in the name of HEUREAUX CARMONA and the fingerprint impressions from the August 29, 2017, arrest by the Boston Police Department of the individual purporting to be W.A. were sent to the HSI Forensic Laboratory for analysis. The HSI Forensic Laboratory determined that these fingerprint impressions belonged to the same individual.

14.     I have compared the following three photographs: (a) the December 1, 2015, photograph from the RMV database of the individual purporting to be W.A.; (b) the August 29, 2017, photograph taken by the Boston Police of the individual purporting to be W.A. following his arrest for Distribution of a Class A Substance; and, (c) the photograph from Cedula No. xxx-

---

[2] This charge was dismissed.

xxxx442-5 in the name of HEUREAUX CARMONA. I conclude that these three photographs all appear to depict the same person.[3]

15. The Department of Homeland Security conducted a search of the Driver and Vehicle Information Database ("DAVID"), which includes driver's licenses and identification cards issued in Puerto Rico, for licenses issued in the name of W.A.D. The search revealed that Puerto Rico Identification Card number xxx8182 was issued to an individual in the name W.A.D., with a date of birth of xx/xx/1988, a SSN of xxx-xx-9620, and an address in Puerto Rico. I have examined the photograph associated with that DAVID record and conclude that the individual depicted in that photograph is not the same as the individual depicted in the three photographs described above in paragraph 14.

### Search for Identification Documents

16. Records from MassHealth list an address of 105 Brunswick Street, Apartment 2, Dorchester, MA 02121 for the W.A. identity.

17. On June 11, 2019, law enforcement agents conducted surveillance of 105 Brunswick Street in Dorchester, Massachusetts, which is a multi-unit dwelling. One agent observed an individual who appeared to be HEUREAUX CARMONA, based on a comparison to a photograph of HEUREAX CARMONA, exit 105 Brunswick Street.

18. I know, based on my training and experience, that:

    a. Individuals often keep identification documents and other evidence of identity for long periods – sometimes years – and tend to retain such documents even when they depart a given residence. Such documents include Social Security cards, passports, tax returns, legal documents, utility

---

[3] According to the Department of Homeland Security, there is no record that HEUREAUX CARMONA entered the United States lawfully.

        bills, phone bills, health insurance or prescription cards, medical records, marriage licenses, family records, scrapbooks, photographs, diplomas and other school records, birth certificates, immunization records, bank records, credit card statements, personal correspondence and books or mementos on which they have inscribed their names.

    b. Individuals often keep identification documents and other evidence of identity in their residence, in part to ensure the security of these documents and in part to allow for access to these documents when needed.

    c. In addition, it is common for those who use other persons' identities without authorization to maintain fraudulently obtained identification documents in secure locations within their residence to conceal them from law enforcement authorities; and,

    d. It is common for individuals who use fraudulently obtained identification documents to retain those documents for substantial periods of time so that they can continue to use the fraudulently obtained identities.

19. All agents participating in the search of the premises described in Attachment A will be informed of the full name represented by the initials that appear in Attachment B.

## Conclusion

20. Based on the foregoing, I have probable cause to believe that, on or about December 1, 2015, Juan Jose HEUREAUX CARMONA (1) falsely represented, with intent to deceive and for any purpose, a number to be the Social Security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the Social Security account number assigned by the Commissioner of Social Security to him, in violation of 42 U.S.C. § 408(a)(7)(B); and, (2) knowingly transferred, possessed and used, during and in relation

to any felony violation enumerated in 18 U.S.C. § 1028A(c), and without lawful authority, a means of identification of another person, in violation of 18 U.S.C. § 1028A.

21. Based on the forgoing, I have probable cause to believe that evidence, fruits, and instrumentalities of these crimes, as described in Attachment B, are located in the premises described in Attachment A.

Sworn to under the pains and penalties of perjury.

JOSEPH LOSAVIO, JR.
Special Agent
US Department of Health and Human Service/OIG

Subscribed and sworn before me on June 26, 2019

HON. JUDITH G. DEIN
United States Magistrate Judge

## ATTACHMENT A
**Premises To Be Searched**

The location to be searched is Apartment 2, 105 Brunswick Street, Dorchester, Massachusetts, a multi-family residence building. There are two entry doors at the front of the building; the window above the left front door bears the numbers "105."



SEALED





## ATTACHMENT B
**Evidence to Be Searched for and Seized**

Evidence, fruits, and instrumentalities of violations of 42 U.S.C. § 408(a)(7)(B), and 18 U.S.C. § 1028A, including but not limited to:

1. The following records, documents, and items referencing Juan Jose HEUREAUX CARMONA, W.A., and/or W.A.D.:

    a. Any and all state-issued or apparently state-issued identification documents, notes, statements, and/or receipts that reference same;

    b. Any and all immigration documents, including but not limited to United States or foreign issued (or apparently issued) passports and identification cards;

    c. Any and all documents identifying citizenship, including but not limited to birth certificates; voter registration cards; cedulas; and Social Security cards.

    d. Any and all documents relating to foreign or domestic travel, including tickets; schedules; itineraries; or receipts.

    e. Any and all records not specified above, evidencing the identity of HEUREAUX CARMONA, W.A., and/or W.A.D., including but not limited to employment records; bank records; credit card records; tax records; marriage records; divorce records; baptismal or confirmation records; land/property/residential rental records; school records; health records; insurance records; records of utilities, phone services and other services or subscriptions; records of arrests, court proceedings, or other legal proceedings; records of school, training or counseling; and personal correspondence.

11

2. Photographs and photograph albums depicting HEUREAUX CARMONA.